

Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Office:+1 (201) 536-9220
Fax: +1 (201) 536-0799
hugheshubbard.com

Eric Blumenfeld
Counsel
Direct Dial: +1 (201) 946-5716
eric.blumenfeld@hugheshubbard.com

July 24, 2018

**BY ELECTRONIC CASE FILING**

William Walsh, Clerk
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> **Re:** **SKAT v. American Investment Group of New York, L.P. Pension Plan & Stacey Kaminer**
> **Civil Action No. 3:18-cv-08876-FLW-LHG**

Dear Mr. Walsh:

We represent Plaintiff SKAT in the referenced action. We hereby electronically file the following papers in support of Plaintiff's Motion to Consolidate 36 related actions that Plaintiff has filed in this Court: (a) a Notice of Motion; (b) a Memorandum of Law; and (c) a Proposed Order.

Pursuant to Local Civil Rule 42.1, we will also file a copy of the present letter in the other actions subject to Plaintiff's motion:

1) *SKAT v. The Cardinal Consulting Pension Plan & Matthew Tucci*
   Civil Action No. 3:18-cv-08878-FLW-LHG

2) *SKAT v. The Egret Associates LLC 401K Plan & Matthew Tucci*
   Civil Action No. 3:18-cv-08880-FLW-LHG

3) *SKAT v. The Crow Associates Pension Plan & Matthew Tucci*
   Civil Action No. 3:18-cv-08881-FLW-LHG

4) *SKAT v. The Heron Advisors Pension Plan & Matthew Tucci*
   Civil Action No. 3:18-cv-08882-FLW-LHG

5) *SKAT v. The Hoboken Advisors LLC 401K Plan & Matthew Tucci*
   Civil Action No. 3:18-cv-08883-FLW-LHG

6)  *SKAT v. The Jayfran Blue Pension Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-08884-FLW-LHG

7)  *SKAT v. The JT Health Consulting LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-08885-FLW-LHG

8)  *SKAT v. The Lakeview Advisors 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-08886-FLW-LHG

9)  *SKAT v. The Osprey Assocs. LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-08887-FLW-LHG

10) *SKAT v. The Sandpiper Pension Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-08888-FLW-LHG

11) *SKAT v. The Zen Training LLC 401(K) Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-08889-FLW-LHG

12) *SKAT v. The Everything Clean LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-09439-FLW-LHG

13) *SKAT v. The Jump Group LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-09442-FLW-LHG

14) *SKAT v. The Oaks Group Pension Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-09444-FLW-LHG

15) *SKAT v. The Wave Maven LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-09445-FLW-LHG

16) *SKAT v. The Balmoral Management LLC 401K Pension Plan & John LaChance*
    Civil Action No. 3:18-cv-10098-FLW-LHG

17) *SKAT v. The Beech Tree Partners 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10108-FLW-LHG

18) *SKAT v. The Blackbird 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10109-FLW-LHG

19) *SKAT v. The Chambers Property Management, LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10110-FLW-LHG

20) *SKAT v. FiftyEightSixty LLC Solo 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10111-FLW-LHG

21) *SKAT v. The Hawk Group Pension Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10112-FLW-LHG

22) *SKAT v. The Hibiscus Partners LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10113-FLW-LHG

23) *SKAT v. The Maple Advisors LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10114-FLW-LHG

24) *SKAT v. OneZeroFive LLC Solo 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10115-FLW-LHG

25) *SKAT v. The Robin Daniel Pension Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10116-FLW-LHG

26) *SKAT v. The Sea Bright Advisors LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10117-FLW-LHG

27) *SKAT v. The Tag Realty Advisors LLC 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10118-FLW-LHG

28) *SKAT v. The Throckmorton Advisors 401K Plan & Matthew Tucci*
    Civil Action No. 3:18-cv-10119-FLW-LHG

29) *SKAT v. Acorn Capital Corporation Employee Profit Sharing Plan, Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust, and Gregory Summers*
    Civil Action No. 3:18-cv-10464-FLW-LHG

30) *SKAT v. Cambridge Way LLC 401K Profit Sharing Plan and Shreepal Shah*
    Civil Action No. 3:18-cv-10465-FLW-LHG

31) *SKAT v. The Dink 14 LLC 401K Plan & Vincent Natoli*
    Civil Action No. 3:18-cv-10466-FLW-LHG

32) *SKAT v. JML Capital LLC 401K Plan, Roger Lehman & John LaChance*
    Civil Action No. 3:18-cv-10468-FLW-LHG

33) *SKAT v. Natoli Management Pension Plan, Roger Lehman & Vincent Natoli*
    Civil Action No. 3:18-cv-10469-FLW-LHG

34) *SKAT v. Nova Fonta Trading LLC 401K Plan, Roger Lehman & Vincent Natoli*
    Civil Action No. 3:18-cv-10470-FLW-LHG

35) *SKAT v. The Skybax LLC 401K Plan & Bradley Crescenzo*
    Civil Action No. 3:18-cv-10592-FLW-LHG

Respectfully submitted,

Eric Blumenfeld

cc:    All Counsel on Service List